## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6932 | **DATE** | 12/14/2007 |
| **CASE TITLE** | St. Paul Guardian Ins. Co. vs. Harter, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file an amended complaint by no later than 12/31/07 establishing that diversity of citizenship actually exists. This includes alleging the citizenship, not just the residency, of the individual defendants (the two are not necessarily the same), as well as the complete citizenship of the defendant trust, which consists of the citizenship of each of its trustees. *See May Dep't Stores Co. v. Federal Ins. Co.,* 305 F.3d 597, 599 (7th Cir. 2002). If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|