# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
ST. PAUL GUARDIAN INSURANCE COMPANY, Plaintiff,
       -against-
JOHN E. HARTER, THE ASO COMPANY,
ROBERT MONDO, SR., ROBERT MONDO, JR.,
EXECUTIVE FIDELITY LTD., and NATIONAL PRODUCTION
WORKERS UNION INSURANCE TRUST, Defendants.

Case Number: 07 CV 6932

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, Defendant

| | |
|---|---|
| NAME (Type or print) <br> Donald E. Cameron | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Donald E. Cameron | |
| FIRM <br> Law Offices of Donald E. Cameron | |
| STREET ADDRESS <br> 139 Fulton Street, Suite 903 | |
| CITY/STATE/ZIP <br> New York, New York 10038 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> 212-233-3348 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |