# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 1:07-cv-06932
ST. PAUL GUARDIAN INSURANCE COMPANY
VS.
JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO, SR., ROBERT MONDO, JR., EXECUTIVE FIDELITY LTD. and NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    ROBERT MONDO, JR.
    EXECUTIVE FIDELITY LTD.

                                                             Defendants

| | |
|---|---|
| NAME (Type or print)  GEORGE B. COLLINS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ GEORGE B. COLLINS | |
| FIRM  COLLINS, BARGIONE & VUCKOVICH | |
| STREET ADDRESS  ONE NORTH LA SALLE STREET | |
| CITY/STATE/ZIP  CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312-372-7813 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |