IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL GUARDIAN INSURANCE COMPANY,  )<br>)<br>Plaintiff,                         )<br>)<br>-vs-                                )<br>)<br>JOHN E. HARTER, THE ASO COMPANY,     )<br>ROBERT MONDO, SR., ROBERT MONDO, JR.,)<br>EXECUTIVE FIDELITY LTD. and NATIONAL )<br>PRODUCTION WORKERS UNION INSURANCE   )<br>TRUST,                                )<br>)<br>Defendants.                          ) | NO. 07 CV 6932<br><br>JUDGE KENNELLY<br><br>MAG. JUDGE MASON |

### RULE 7.1 DISCLOSURE STATEMENT
### OF EXECUTIVE FIDELITY, LTD.

Comes Executive Fidelity Ltd., by counsel, and in compliance with FRCP 7.1 states:

1. Executive Fidelity Ltd. is a corporation, and its only shareholder is Robert Mondo, Jr.

          s/s         George B. Collins
One of the Attorneys for Defendants
Robert Mondo, Jr. and Executive Fidelity, Ltd.

George B. Collins
Adrian Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One North LaSalle Street, #2235
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

      George B. Collins, one of the attorneys for Defendants Robert Mondo Jr. and Executive Fidelity, Ltd., hereby certifies that the foregoing **RULE 7.1 DISCLOSURE STATEMENT OF EXECUTIVE FIDELITY, LTD.** was served on February 7, 2008, in accordance with Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      BY: _____s/s George B. Collins_____
              One of the Attorneys for Defendants,
              Robert Mondo Jr., and Executive Fidelity, Ltd.