UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. PAUL GUARDIAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>JOHN E. HARTER, THE ASO COMPANY, )<br>ROBERT MONDO, SR., ROBERT MONDO, JR., )<br>EXECUTIVE FIDELITY LTD. and NATIONAL )<br>PRODUCTION WORKERS UNION INSURANCE )<br>TRUST, )<br>)<br>Defendants. ) | NO. 07 CV 6932<br><br>JUDGE KENNELLY<br><br>MAG. JUDGE MASON |

### NOTICE OF FILING

To: SEE ATTACHED SERVICE LIST

    YOU ARE HEREBY NOTIFIED that on February 7, 2008, we caused to be filed electronically with the Clerk of the United States District Court, Northern District of Illinois - Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for Defendants, Robert Mondo Jr., and Executive Fidelity Ltd., the **ANSWER OF ROBERT MONDO, JR., AND EXECUTIVE FIDELITY, LTD., TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**.

                                  Respectfully submitted,

                                BY: _____s/s George B. Collins_____
                                      One of the Attorneys for Defendants,
                                      Robert Mondo Jr., and Executive Fidelity Ltd.

George B. Collins
Adrian Vuckovich
Collins, Bargione & Vuckovich
One North LaSalle St., #2235
Chicago, IL 60602
(312) 372-7813

## CERTIFICATE OF SERVICE

  George B. Collins hereby certifies that on February 7, 2008, he caused this **NOTICE OF FILING/CERTIFICATE OF SERVICE,** and the **ANSWER OF ROBERT MONDO, JR., AND EXECUTIVE FIDELITY, LTD., TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**, to be served on the parties of record listed on the attached Service List, electronically by operation of the Court's electronic filing system, by filing the documents electronically with the Clerk of this Court.

        BY:   s/s George B. Collins
            One of the Attorneys for Defendants,
            Robert Mondo Jr., and Executive Fidelity, Ltd.

## SERVICE LIST

Elizabeth Gwynn Doolin
Georgia Lynne Joyce
**CHITTENDEN, MURDAY & NOVOTNY, LLC**
303 West Madison, #1400
Chicago, IL 60606
edoolin@cmn-law.com
gjoyce@cmn-law.com


Monte L. Mann
Stephen Novack
Karen L. Levine
Richard G. Douglass
**NOVACK AND MACEY LLP**
100 North Riverside Plaza
Chicago, IL 60606-1501
mmann@novackandmacey.com
sn@novackandmacey.com, kathyz@novackandmacey.com
klevine@novackandmacey.com
rdouglass@novackandmacey.com


George B. Collins
Adrian M. Vuckovich
**COLLINS, BARGIONE & VUCKOVICH**
One N. LaSalle St., #2235
Chicago, IL 60602
email@cb-law.com


Donald Edward Cameron
**LAW OFFICES OF DONALD E. CAMERON**
139 Fulton Street, #211
New York, NY 10038
declawyer@cs.com