**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ST. PAUL GUARDIAN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 6932 |
| | ) | |
| JOHN E. HARTER, THE ASO COMPANY, | ) | Judge Kennelly |
| ROBERT MONDO, SR., ROBERT MONDO, JR., | ) | |
| EXECUTIVE FIDELITY LTD. and NATIONAL | ) | Magistrate Judge Mason |
| PRODUCTION WORKERS UNION INSURANCE | ) | |
| TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    **SEE CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 11th day of February, 2008, the undersigned

attorney for Defendant National Production Workers Union Insurance Trust filed electronically

with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division,

located at 219 South Dearborn Street, Chicago, Illinois 60604, the **ANSWER OF**

**DEFENDANT NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST**

**TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**, a copy of

which is herewith served upon you.

Dated: February 11, 2008

                                                            /S/Donald E. Cameron
                                                            DONALD E. CAMERON
                                                            Attorney for Defendant
                                                            National Production Workers Union
                                                            Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on February 11, 2008, I served the **NOTICE OF FILING** and the **ANSWER OF DEFENDANT NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** by filing with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.


/s/Donald E. Cameron


## SERVICE LIST

Elizabeth G. Doolin
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
edoolin@cmn-law.com

Georgia Lynne Joyce
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
gjoyce@cmn-law.com

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street
Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street
Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Monte L. Mann
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
mmann@novackandmacey.com

Stephen Novack
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
sn@novackandmacey.com

Karen L. Levine
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
klevine@novackandmacey.com

Richard G. Douglass
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
rdouglass@novackandmacey.com