IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. PAUL GUARDIAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6932 |
| v. | ) ) | Judge Kennelly |
| JOHN E. HARTER, THE ASO COMPANY, ROBERT MONDO SR, ROBERT MONDO JR, EXECUTIVE FIDELITY LTD., and NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST, | ) ) ) ) ) ) | Mag. Judge Mason |
| Defendants | ) ) | |

**NOTIFICATION AS TO AFFILIATES–DISCLOSURE STATEMENT**

Now comes Defendant THE ASO COMPANY ("ASO"), by its attorney Cynthia Giacchetti, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, states as follows:

The ASO company was a corporation duly organized and existing under the laws of the State of Illinois from December 4, 2003, until September 20, 2006. It is presently dissolved.

All of the shares of ASO were owned by Strategic Management Solutions, Inc., an Illinois corporation. All of the shares of Strategic Management Solutions, Inc., were and are owned by John F. Harter. No shares were or are owned by a publicly held company.

            Respectfully submitted,

            THE ASO COMPANY

            By:/s/Cynthia Giacchetti
            Attorney for The ASO Company

CYNTHIA GIACCHETTI
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604

312-939-6440

## CERTIFICATE OF SERVICE

     Cynthia Giacchetti, attorney for the Defendant The ASO Company hereby certifies that the foregoing Notification of Affiliates–Disclosure Statement was served on February 13, 2008, in accordance with Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                By:/s/ Cynthia Giacchetti