**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **ST. PAUL GUARDIAN INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  07 C 6932** |
| | ) | |
| **JOHN E. HARTER, THE ASO COMPANY,** | ) | **Judge Kennelly** |
| **ROBERT MONDO, SR., ROBERT MONDO, JR.,** | ) | |
| **EXECUTIVE FIDELITY LTD. and NATIONAL** | ) | **Magistrate Judge Mason** |
| **PRODUCTION WORKERS UNION INSURANCE** | ) | |
| **TRUST,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S DISCLOSURE STATEMENT

St. Paul Guardian Insurance Company, by and through its attorneys, Elizabeth G. Doolin, Georgia L. Joyce, and Chittenden, Murday & Novotny LLC, for its Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 of this Court, states as follows:

St. Paul Guardian Insurance Company is 100% owned by St. Paul Fire and Marine Insurance Company, which is owned 100% by the Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.

**Dated: February 19, 2008**

CHITTENDEN, MURDAY & NOVOTNY LLC

By:___ /s/Elizabeth G. Doolin_____
        One of the Attorneys for Plaintiff St. Paul Guardian
        Insurance Company

Elizabeth G. Doolin (ARDC No. 06210358)
Georgia L. Joyce (ARDC No. 06220339)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, IL  60606
Phone: (312) 281-3600
Fax:    (312) 281-3678

O:\TR103\41090-Harter\Pleadings\Disclosure Statement 021808-glj.doc

## CERTIFICATE OF SERVICE

I hereby certify that on **February 19, 2008,** a copy of the foregoing **Plaintiff's Disclosure Statement** was filed electronically using the Court's CM/ECF E-filing system.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Donald Cameron, Esq.
Law Offices of Donald E. Cameron
139 Fulton Street, #903
New York, NY  10038
**Attorney for National Production Workers Union Insurance Trust**

George Collins, Esq.
Collins & Bargione
One North LaSalle
Suite 2235
Chicago, IL  60602
**Attorney for Robert Mondo, Jr., Executive Fidelity Ltd.**

Adrian Vuckovich
Collins & Bargione
One North LaSalle Street
Suite 2235
Chicago, IL  60602
**Attorney for Robert Mondo, Jr., Executive Fidelity Ltd.**

Richard G. Douglass
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL  60606
**Attorney for Robert Mondo, Sr.**

Monte L. Mann
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL  60606
**Attorney for Robert Mondo, Sr.**

Karen L. Levine
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL  60606
**Attorney for Robert Mondo, Sr.**

3

Stephen Novack
Novack and Macey LLP
100 N. Riverside Plaza
Chicago, IL 60606
**Attorney for Robert Mondo, Sr.**

Cynthia Giacchetti
Law Offices of Cynthia Giacchetti
53 West Jackson Blvd., Suite 1460
Chicago, IL 60604
**Attorney for John E. Harter, The ASO Company**

I further certify that a copy of the foregoing **Plaintiff's Disclosure Statement** was sent to the following party:

James W. Malloy, Esq.
53 W. Jackson Blvd.
Suite 1534
Chicago, IL 60604
**Attorney for National Production Workers Union Insurance Trust**

by enclosing a true and correct copy in a duly addressed, postage prepaid envelope and depositing same in the U.S. Mail box located at 303 West Madison, Chicago, Illinois, on or before the hour of 5:00 p.m. this **19th** day of **February, 2008**.

/s/Elizabeth G. Doolin (ARDC No. 06210358)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 West Madison Street, Suite 1400
Chicago, Illinois 60606
(312) 281-3600
(312) 281-3678 (fax)

4