# United States District Court
# Northern District of Illinois



In the Matter of

St. Paul Guardian Insurance Company

v.

Harter, et. al.

Case No. 07 C 6932

Designated Magistrate Judge
Michael T. Mason

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Matthew F. Kennelly** to be related to **07 C 6135** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

Judge John W. Darrah

Dated: April 11, 2008

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **John W. Darrah**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated: APR 1 1 2008

Finding of Relatedness (Rev. 9/99)