

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: ADRIAN VUCKOVICH

FIRM: COLLINS BARGIONE & VUCKOVICH

STREET ADDRESS: ONE NORTH LaSALLE STREET, SUITE 300

CITY/STATE/ZIP: CHICAGO, ILLINOIS 60602

PHONE NUMBER: (312) 372-7813

ARDC NO. (If Member of Illinois State Bar): 06207978

[x] I am a member of the General Bar for the Northern District of Illinois.

[ ] Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-6932 | ST. PAUL GUARDIAN | Hon. John W. Darrah |
| | INSURANCE COMPANY | |
| | v. | |
| | HARTER ET AL | |

s/ ADRIAN VUCKOVICH                    April 24, 2008
Attorney's Signature                        Date

Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604