

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ADDRESS

| | |
|---|---|
| NAME: | GEORGE B. COLLINS |
| FIRM: | COLLINS BARGIONE & VUCKOVICH |
| STREET ADDRESS: | ONE NORTH LaSALLE STREET, SUITE 300 |
| CITY/STATE/ZIP: | CHICAGO, ILLINOIS 60602 |
| PHONE NUMBER: | (312) 372-7813 |
| ARDC NO. (If Member of Illinois State Bar): | 0487961 |

☒   I am a member of the General Bar for the Northern District of Illinois.

☐   Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-6932 | ST. PAUL GUARDIAN | Hon. John W. Darrah |
| | INSURANCE COMPANY | |
| | v. | |
| | HARTER ET AL | |
| | | |

s/ GEORGE B. COLLINS
Attorney's Signature

April 24, 2008
Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**