IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ST. PAUL GUARDIAN INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07 C 6932 |
| | ) | |
| JOHN E. HARTER, THE ASO COMPANY, | ) | Judge Kennelly |
| ROBERT MONDO, SR., ROBERT MONDO, JR., | ) | |
| EXECUTIVE FIDELITY LTD. and NATIONAL | ) | Magistrate Judge Mason |
| PRODUCTION WORKERS UNION INSURANCE | ) | |
| TRUST, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   **SEE CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 28th day of July, 2008, the undersigned attorney for Defendant National Production Workers Union Insurance Trust filed electronically with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Chicago, Illinois 60604, the **ANSWER OF DEFENDANT NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST TO SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**, a copy of which is herewith served upon you.

Dated: July 28, 2008

/S/Donald E. Cameron
DONALD E. CAMERON
Attorney for Defendant
National Production Workers Union
Insurance Trust

Donald E. Cameron
139 Fulton Street
Suite 903
New York, NY 10038
212-233-3348

James W. Malloy
53 West Jackson Blvd.
Suite1534
Chicago, IL 60604
312-427-1696

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on July 28, 2008, I served the **NOTICE OF FILING** and the **ANSWER OF DEFENDANT NATIONAL PRODUCTION WORKERS UNION INSURANCE TRUST TO SECOND AMENDED COMPLAINT FOR DECLARATORY JUDGMENT** by filing with the Court's CM/ECF system, which will make copies of the documents available to all counsel of record.

/s/Donald E. Cameron

## SERVICE LIST

Elizabeth G. Doolin
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
edoolin@cmn-law.com

Georgia Lynne Joyce
CHITTENDEN, MURDAY & NOVOTNY, LLC
303 West Madison Street
Suite 1400
Chicago, Illinois 60606
gjoyce@cmn-law.com

George B. Collins
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street
Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Adrian M. Vuckovich
COLLINS, BARGIONE & VUCKOVICH
One N. LaSalle Street
Suite 2235
Chicago, Illinois 60602
email@cb-law.com

Monte L. Mann
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
mmann@novackandmacey.com

Stephen Novack
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
sn@novackandmacey.com

Karen L. Levine
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
klevine@novackandmacey.com

Richard G. Douglass
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, Illinois 60606-1501
rdouglass@novackandmacey.com

Cynthia Louise Giacchetti
LAW OFFICES OF CYNTHIA LOUISE GIACCHETTI
53 W. Jackson Blvd.
Suite 1460
Chicago, IL 60604
cgiacchetti@aol.com